PETER J. WALSH v. STEWART SANDERS.

January 26, 1982.

Petition for certification denied.

E. K. v. THE CHILDREN'S HOME SOCIETY OF NEW JERSEY.

January 26, 1982.

Petition for certification denied.

LOUIS LAIKEN v. MADISON TOWNSHIP RACEWAY PARK, INC.

January 26, 1982.

Petition for certification denied.

EDWARD DONOVAN v. CARL BACHSTADT.

January 26, 1982.

Petition for certification granted. (See 181 *N.J. Super.* 367)